# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Shirin Bayati and Mojan Kamalvand
Plaintiff

v.                                              3:22-cv-00410-B
                                                Civil Action No.

GWG Holdings, Inc., et al.,
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Shirin Bayati and Mojan Kamalvand

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Shirin Bayati, Mojan Kamalvand

Date: 2/18/2022

Signature: /s/ Spencer Cox

Print Name: Spencer Cox

Bar Number: 24097540

Address: 900 Jackson Street, Suite 500

City, State, Zip: Dallas, TX 75202

Telephone: 469-904-4550

Fax: 469-444-5002

E-Mail: scox@burnscharest.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons