UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHIRIN BAYATI and MOJAN KAMALVAND, *individually and on behalf of all others similarly situated,* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0410-B |
| GWG HOLDINGS INC., BRAD K. HEPPNER, ROY W. BAILEY, PETER T. CANGANY, JR., DAVID F. CHAVENSON, THOMAS O. HICKS, DENNIS P. LOCKHART, BRUCE W. SCHNITZER, DAVID H. DE WEESE, MURRAY T. HOLLAND, TIMOTHY L. EVANS, | § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

The Agreed Motion to Enter Preliminary Scheduling Order is **GRANTED**. It is therefore **ORDERED** that:

1. None of the provisions of this Order, either individually or collectively, shall in any way operate as a waiver by any Party to exercise any claims, defenses, or rights allowed them under the Federal Rules or any applicable law.

2. As this is a securities class action governed under the Private Securities Litigation Reform Act, Defendants need not answer or otherwise respond to the allegations in this case until after the Court appoints a Lead Plaintiff in this matter and that Lead Plaintiff has the opportunity to amend the Complaint or notify the Court it intends to move forward with the current Complaint as filed.

3. After the Court appoints a Lead Plaintiff, the Parties shall confer within 10 calendar days on an appropriate schedule for any amendment of the Complaint, as well as a briefing schedule for Defendants to answer or otherwise respond. If Defendants contemplate a motion to dismiss, the Parties shall confer on a briefing schedule and submit it to the Court for approval.

**SO ORDERED.**

**SIGNED: March 18, 2022.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE