# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SHIRIN BAYATI** and **MOJAN KAMALVAND**, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiff, | § § | Case No. 3:22-cv-00410-B |
| vs. | § § | |
| **GWG HOLDINGS**, *et al.* | § § | |
| Defendants | § | |

## SUGGESTION OF BANKRUPTCY

Defendants David De Weese, Peter Cangany, Brad Heppner, Tom Hicks, Dennis Lockhart, and Bruce Schnitzer (collectively, the "Defendants"), by and through their undersigned attorneys, hereby file this Suggestion of Bankruptcy, and state that on April 20, 2022, co-defendant GWG Holdings, Inc. ("GWGH") and certain of its affiliates[1] filed for Chapter 11 Bankruptcy protection in the Bankruptcy Court for the Southern District of Texas, which bankruptcy case is being jointly administered in the case styled *In re GWG Holdings, Inc.*, Case No. 22-90032 (Bankr. S.D. Tex. April 20, 2022) (the "Bankruptcy Case"). The filing of the Bankruptcy Case automatically stays the above-styled cause.

*[remainder of the page intentionally left blank]*

---

[1] GWGH debtor-affiliates are: GWG Life, LLC and GWG Life USA, LLC (together with GWGH, "GWG")

**SUGGESTION OF BANKRUPTCY - 1**

DATED: April 20, 2022


Respectfully submitted,


/s/ *Michael W. Stockham*
Michael W. Stockham
Texas Bar No. 24038074
michael.stockham@hklaw.com
Landon W. Mignardi
Texas Bar No. 24121012
landon.mignardi@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
Telephone: 214.969.1700
Facsimile: 214.969.1750

**ATTORNEYS FOR PETER T. CANGANY, DAVID H. DE WEESE, BRAD K. HEPPNER, THOMAS O. HICKS, DENNIS P. LOCKHART, AND BRUCE W. SCHNITZER**

**SUGGESTION OF BANKRUPTCY** - 2