**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHIRIN BAYATI and MOJAN KAMALVAND, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3-22-cv-00410-B |
| vs. | § § | |
| GWG HOLDINGS, *et al.* | § § | |
| Defendants | § | |

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that Defendant GWG Holdings, Inc., ("Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") on April 20, 2022. The Debtor's Chapter 11 case, and those of certain affiliates, are pending in the United States Bankruptcy Court for the Southern District of Texas before United States Bankruptcy Judge Marvin Isgur, and joint administration has been approved under the lead case *In re GWG Holdings Inc., et al.*, Case No. 22-90032 (MI) (collectively, the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 362(a), the filing of the Debtor's voluntary petition gives rise to an automatic stay, applicable to all entities, of, among other things, the following:

(a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Cases;

1

(b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and

(c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

No order has been entered in the Chapter 11 Cases granting any relief from the automatic stay with respect to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 11 Cases may be obtained free of charge on the website maintained by the Debtor's proposed claims and noticing agent at https://donlinrecano.com/gwg.

Dated: April 20, 2022.

Respectfully submitted,

*s/ Robert S. Harrell*

Robert S. Harrell
State Bar No. 09041350
rharrell@mayerbrown.com
**MAYER BROWN, LLP**
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Telephone: 713.238.2700
Facsimile: 713.238.4612

**ATTORNEYS FOR GWG HOLDINGS, INC.**

2

747391832