IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| **SHIRIN BAYATI AND MOJAN KAMALVAND,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GWG HOLDINGS, INC.** *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § **CIVIL ACTION NO. 3:22-CV-00410-B** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) OF CLAIMS BROUGHT AGAINST PETER T. CANGANY, BRAD K. HEPPNER, THOMAS O. HICKS, DENNIS P. LOCKHART, AND <u>BRUCE W. SCHNITZER</u>**

Plaintiffs Shirin Bayati and Mojan Kamalvand ("Plaintiffs") hereby dismiss their claims in this case against Defendants Peter T. Cangany, Brad K. Heppner, Thomas O. Hicks, Dennis P. Lockhart, and Bruce W. Schnitzer without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 2, 2022

**GIRARD SHARP LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (*pro hac vice*)
Adam E. Polk   (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Sean Greene (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (*pro hac vice*)
**MALMFELDT LAW GROUP P.C.**

120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com
scox@burnscharest.com

Scott L. Silver (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
ssilver@silverlaw.com

*Attorneys for Movants Thomas Horton and Frank Moore*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF upon all counsel of record on May 2, 2022.

/s/ *Daniel C. Girard*