IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| **SHIRIN BAYATI AND MOJAN KAMALVAND,** on behalf of themselves and all others similarly situated, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | **CIVIL ACTION NO. 3:22-CV-00410-B** |
| **GWG HOLDINGS, INC.** *et al.*, | | |
| Defendants. | | |

## NOTICE OF ORDER LIFTING AUTOMATIC STAY IN PART

In accordance with this Court's May 12, 2022 Order (Doc. 42), Lead Plaintiff applicants Thomas Horton and Frank Moore provide notice that on May 31, 2022, the United States Bankruptcy Court for the Southern District of Texas entered an order (attached as Exhibit A) lifting the automatic stay in this action: (1) to allow this Court to entertain their lead plaintiff motion (Doc. 37); and (2) to allow them to proceed with certain third-party discovery, subject to conditions. The bankruptcy court's order does not affect the automatic stay as it applies to the pending motion to intervene. Doc. 32.

In light of the bankruptcy court's order, Lead Plaintiff applicants respectfully request that the Court entertain their unopposed motion for appointment as Lead Plaintiffs. Lead Plaintiff applicants will seek a further order of Court if they seek to serve subpoenas on the registered investment advisors who solicited their investments in the securities at issue.

Dated: June 1, 2022

**GIRARD SHARP LLP**

/s/ *Daniel C. Girard*

Daniel C. Girard (*pro hac vice*)
Adam E. Polk (*pro hac vice*)
Jordan Elias (*pro hac vice*)

1

Sean Greene (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (*pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com
scox@burnscharest.com

Scott L. Silver (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
ssilver@silverlaw.com

*Attorneys for Movants Thomas Horton and Frank Moore*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF upon all counsel of record on June 1, 2022.

/s/ *Daniel C. Girard*