IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHIRIN BAYATI AND MOJAN KAMALVAND,** on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § § | |
| | § | **CIVIL ACTION NO. 3:22-CV-00410-B** |
| v. | § § | |
| **GWG HOLDINGS, INC.,** *et al.*, | § § § | |
| Defendants. | § § | |

**REPLY IN SUPPORT OF MOTION OF THOMAS HORTON
AND FRANK MOORE FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

Lead Plaintiff applicants Thomas Horton and Frank Moore ("Movants") submit this reply pursuant to the Court's Order of June 2, 2022 (Doc. 44) permitting a reply in support of their motion for appointment as Lead Plaintiff (Doc. 37). No response was filed; thus, the motion is unopposed.

For all the reasons stated therein, Movants respectfully request that the Court grant their Motion.

Dated: June 21, 2022

**GIRARD SHARP LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (*pro hac vice*)
Adam E. Polk *(pro hac vice)*
Jordan Elias (*pro hac vice*)
Sean Greene (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com

1

jelias@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (*pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com
scox@burnscharest.com

*Attorneys for Movants Thomas Horton and Frank Moore*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF upon all counsel of record on June 21, 2022.

/s/ *Daniel C. Girard*