**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SHIRIN BAYATI AND MOJAN KAMALVAND,** on behalf of themselves and all others similarly situated, | § Civil Action No. 3:22-cv-00410-B<br>§<br>§ CLASS ACTION<br>§ |
| Plaintiffs, | §<br>§<br>§ |
| v. | §<br>§ |
| **GWG HOLDINGS, INC.,** *et al.*, | §<br>§<br>§ |
| Defendants. | § |

**LEAD PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES**

**PLEASE TAKE NOTICE** that Thomas Horton and Frank Moore ("Lead Plaintiffs") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 42(a) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order consolidating *Bayati v. GWG Holdings, Inc., et al.*, Case No. 3:22-cv-00410-B (N.D. Tex.) and *Horton v. Heppner, et al.*, Case No. 3:23-cv-01230-X (N.D. Tex.), directing the filing of a consolidated complaint within twenty (20) days after entry of the Court's consolidation order, setting the date of Defendants' responses to the consolidated complaint to ninety (90) days from the date of filing of the consolidated complaint, appointing the Hon. W. Royal Furgeson (Ret.) as mediator in this action, and directing the filing of an agreed report on the status of mediation, in a form approved by Judge Furgeson, no later than fifteen (15) days before the date of Defendants' responses to the consolidated complaint.

This Motion is made on the grounds that consolidating both cases will increase judicial efficiency, conserve party resources, and prevent the possibility of inconsistent rulings and judgments. Moreover, the appointment of a mediator will allow the parties to engage in an early

mediation process and avoid potentially unnecessary depletion of insurance policies. In support of

the Motion, Lead Plaintiffs respectfully submit a Memorandum of Law as well as a proposed order

granting the Motion.

Dated: August 16, 2023

**GIRARD SHARP LLP**


*/s/ Daniel C. Girard*

Daniel C. Girard (admitted *pro hac vice*)
Adam E. Polk  (admitted *pro hac vice*)
Jordan Elias (admitted *pro hac vice*)
Sean Greene (admitted *pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (admitted *pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com
scox@burnscharest.com

*Attorneys for Lead Plaintiffs Thomas Horton and Frank Moore*

2

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1(a), I hereby certify that I conferred with counsel to defendants regarding the relief requested herein.  This Motion remains unopposed.


*/s/ Daniel C. Girard*

## CERTIFICATE OF SERVICE

This is to certify that on August 16, 2023, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.


_/s/ Daniel C. Girard_