## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SHIRIN BAYATI** and **MOJAN KAMALVAND**, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>**GWG HOLDINGS**, *et al.*<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CA 3:22-cv-00410-B |

### L BOND MANAGEMENT, LLC'S NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO INTERVENE (DOC 32) WITHOUT PREJUDICE

L Bond Management, LLC hereby gives notice that it is voluntarily withdrawing its

Motion to Intervene (Doc. 32) without prejudice.

DATED: August 18, 2023

Respectfully submitted,

*/s/ Michael K. Hurst*
Michael K. Hurst
Texas Bar No. 10316310
mhurst@lynnllp.com
Sara Hollan Chelette
Texas Bar No. 24046091
schelette@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214.981.3800
Facsimile: 214.981.3839
**ATTORNEYS FOR L BOND MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via ECF upon all counsel of record on August 18, 2023.

/s/ Michael K. Hurst
Michael K. Hust