# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SHIRIN BAYATI** and **MOJAN KAMALVAND**, on behalf of themselves and all others similarly situated, | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | CA 3:22-cv-00410-B |
| vs. | §<br>§ | |
| **GWG HOLDINGS**, *et al.* | §<br>§ | |
| Defendants | § | |

## ORDER GRANTING L BOND MANAGEMENT, LLC'S NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO INTERVENE (DOC 32) WITHOUT PREJUDICE

On this day, came for consideration L Bond Management, LLC's Notice of Voluntary Withdrawal of Motion to Intervene (Doc 32) without prejudice. After considering the Notice, the Court finds that the Notice should be granted. Accordingly, it is ORDERED that L Bond Management, LLC's Notice of Voluntary Withdrawal of Its Motion to Intervene (Doc 32) Without Prejudice is GRANTED.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE