UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHIRIN BAYATI and MOJAN KAMALVAND, *individually and on behalf of all others similarly situated,* | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:22-CV-0410-B |
| GWG HOLDINGS, INC.; ROY W. BAILEY; DAVID F. CHAVENSON; DAVID H. DE WEESE; MURRAY T. HOLLAND, and TIMOTHY L. EVANS, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

CONSOLIDATION ORDER

The Court hereby **ORDERS** as follows:

CONSOLIDATION OF RELATED CASES

1.      The actions, *Bayati v. GWG Holdings, Inc., et al.*, Case No. 3:22-cv-00410-B (N.D. Tex.) and *Horton v. Heppner, et al.*, Case No. 3:23-cv-01230-X (N.D. Tex.), are related cases within the meaning of Civil Local Rule 3.3. Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 3:22-cv-00410-B for pretrial proceedings before this Court. The consolidated action shall bear the caption *In re GWG Holdings, Inc. Securities Litigation*.

2.      All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days

after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 7, *infra.*

3.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

<u>MASTER DOCKET AND CAPTION</u>

4.      The docket in Civil Action No. 3:22-cv-0410-B shall constitute the Master Docket for this action.

5.      Every pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE GWG HOLDINGS, INC. SECURITIES LITIGATION | § § § § § § § § § § | Civil Action No. 3:22-cv-00410-B <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: | | |

6.      The file in Civil Action No. 3:22-cv-00410-B shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. C-[low-number action] (Doe))."

7.      The parties shall notify the Court whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

   (a)      place a copy of this Order in the separate file for such action;

   (b)      serve on plaintiff's counsel in the new case a copy of this Order;

   (c)      direct that this Order be served upon defendants in the new case; and

   (d)      make the appropriate entry in the Master Docket.

<u>LEAD PLAINTIFFS' COUNSEL</u>

8.      Lead Counsel Girard Sharp LLP and Malmfeldt Law Group P.C. were previously appointed by the Court pursuant to its August 5, 2022 Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel (Doc. 51) and shall continue to serve in such capacity.

9.      Defendants' counsel may rely upon agreements made with Lead Plaintiffs' Counsel. Such agreements shall be binding on all plaintiffs.

<u>PLEADINGS AND MOTIONS</u>

10.      Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

11.      Lead Plaintiff shall file a consolidated complaint within twenty (20) days of the date hereof.  The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

12.     Defendants' response to the consolidated complaint shall be ninety (90) days from the date of filing of the consolidated complaint. If defendants file motions directed at the consolidated complaint, the opposition and reply briefs shall be filed within forty five (45) days and thirty (30) days, respectively, of that response, unless otherwise agreed upon by the parties.

SO ORDERED.

SIGNED: September 12, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE