**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE GWG HOLDINGS, INC. | § | |
| SECURITIES LITIGATION | § | |
| | § | Case No.: 3:22-cv-00410-B |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT ROY W. BAILEY'S MOTION TO DISMISS**

Defendant Roy W. Bailey ("Bailey") hereby files this Motion to dismiss Plaintiffs' claims against him for alleged violations of Sections 11, 12, and 15 of the Securities Act of 1933 (Counts I, III, and IV).

On November 7, 2023, Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks, Dennis P. Lockhart, and Bruce W. Schnitzer (the "Individual Defendants") and the Beneficient Company Group, L.P. (collectively, the "Ben Defendants") submitted their motion to dismiss the Plaintiffs' claims. Dkt. 68. As a former director of GWG, Bailey incorporates by reference the Ben Defendants' Motion to Dismiss and adopts for all purposes the arguments of Sections IV, V(A)(1) and V(A)(2). In addition, Bailey joins the arguments of (i) V(B)(1) without adopting any statements of fact therein which are not references to GWG's public filings with the Securities and Exchange Commission and without adopting the last paragraph thereof, (ii) V(B)(2) and V(B)(4) to the extent that Plaintiffs have inadequately pleaded the status of the applicable parties' awareness of the accuracy of the statements alleged when made, (iii) V(B)(3) to the extent that the Plaintiffs' claim concerning Ben's goodwill valuation is inadequately pleaded, and (iv) V(D) to the extent that Plaintiffs have failed to plead a primary violation under § 12(a)(2) of

1

the Securities Act and have failed to plead facts sufficient to demonstrate Bailey was a controlling person of GWG.

Insofar as the Ben Defendants state that resigning directors are required to articulate their reasons for resigning if they disagree with the registrant's statement of the reasons for their departure, Bailey disagrees with the Ben Defendants' articulation of the requirements of SEC Form 8-K in Section V(B)(6) of their motion to dismiss. Instead, Form 8-K allows—but does not require—resigning directors to state their disagreement with a registrant's statement of the reasons for their departure. *See* Form 8-K, Item 5.02(a)(3)(ii) ("The registrant also must . . . provide the director with the opportunity to furnish the registrant as promptly as possible with a letter addressed to the registrant stating whether he or she agrees with the statements made by the registrant . . . and, if not, stating the respects in which he or she does not agree . . . .").

### CONCLUSION

Bailey respectfully requests that the Court **GRANT** this Motion and **DISMISS with prejudice** Plaintiffs' claims against him that are challenged herein.

Dated:  January 4, 2024                    Respectfully submitted,

                                              **WINSTON & STRAWN LLP**

                                              */s/ Steven H. Stodghill*
                                              Steven H. Stodghill
                                              Texas Bar No. 19261100
                                              sstodhill@winston.com
                                              John C.C. Sanders, Jr.
                                              Texas Bar No. 24057036
                                              jsanders@winston.com
                                              2121 North Pearl Street, Suite 900
                                              Dallas, TX 75201
                                              +1 214-453-6500 Telephone
                                              +1 214-453-6400 Facsimile

                                              ***Counsel for Roy W. Bailey***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been on counsel of record who are deemed to have consented to electronic service on January 4, 2024, via electronic filing using the Court's CM/ECF system.

/s/ *Steven H. Stodghill*