**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **IN RE GWG HOLDINGS, INC.** **SECURITIES LITIGATION** | § § § § § § § | Civil Action No. 3:22-cv-00410-B CLASS ACTION |
| **This Document Relates To:  All Actions** | § § § § § § | |

**DECLARATION OF JAMES J. FARRELL**

I, James J. Farrell, hereby declare and state as follows:

1.      I am licensed to practice in the State of New York, and I am admitted to practice before this Court *pro hac vice* in the above-captioned matter (the "Action").  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorney for Defendant Whitley Penn LLP ("Whitley Penn") in this Action.  My business address is 200 Park Ave., New York, New York 10166.  I respectfully submit this declaration in support of Whitley Penn's Motion to Dismiss.

2.      Attached hereto as Exhibit A is a "Timeline of Events," prepared in support of Whitley Penn's Motion to Dismiss, that lists certain key events from 2020 through the filing of Plaintiffs' May 26, 2023 Complaint against Whitley Penn.

3.      Attached hereto as Exhibit B is a true and correct copy of GWG Holdings, Inc.'s SEC Form 10-K for the fiscal year ended December 31, 2019 (the "2019 10-K").

4.      Attached hereto as Exhibit C is a true and correct copy of GWG Holdings, Inc.'s SEC Form 8-K for August 3, 2021.

5.      Attached hereto as Exhibit D is a true and correct copy of GWG Holdings, Inc.'s SEC Form 8-K for July 7, 2021.

1

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of GWG Holdings, Inc.'s SEC Form 10-K for the fiscal year ended December 31, 2020 (the "2020 10-K").

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of GWG Holdings, Inc.'s SEC Form 10-K for the fiscal year ended December 31, 2018 (the "2018 10-K").

8.      Attached hereto as <u>Exhibit G</u> is a true and correct copy of the Complaint filed on March 30, 2023 in *Scura v. Heppner, et al.*, No. 3:23-cv-00680 (N.D. Tex.).

9.      Attached hereto as <u>Exhibit H</u> is a true and correct copy of GWG Holdings, Inc.'s June 3, 2020 Prospectus, incorporated into the operative Registration Statement in this Action.

10.     Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Complaint filed on February 18, 2022 in *Bayati v. GWG Holdings, Inc., et al.,* No. 3:22-cv-00410-B (N.D. Tex.).

11.     Attached hereto as <u>Exhibit J</u> is a true and correct copy of Exhibit 99.4 to GWG Holdings, Inc.'s 2019 10-K, the Beneficient Company Group, L.P.'s Consolidated Financial Statements for December 31, 2019 and December 31, 2018, and Report of Independent Auditors.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of January, 2024, in New York, New York.

By: */s/ James J. Farrell*
    James J. Farrell
    New York Bar #5435680
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Ave.
    New York, New York 10166
    Telephone: (212) 351-5326
    Fax: (212) 817-9326
    Email: JFarrell@gibsondunn.com

    *Attorney for Defendant Whitley Penn LLP*

2