## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE GWG HOLDINGS, INC.** | § | **Civil Action No. 3:22-cv-00410-B** |
| **SECURITIES LITIGATION** | § | |
| | § | |
| | § | **CLASS ACTION** |
| | § | |
| | § | |
| _____ | § | |
| | § | |
| **This Document Relates To: All Actions** | § | |
| | § | |
| | § | |
| | § | |

## AGREED MOTION REGARDING CLAIMS OF LEAD PLAINTIFFS
## AGAINST DEFENDANT WHITLEY PENN LLP

Following negotiations supervised by the mediator, Lead Plaintiffs and Defendant

Whitley Penn have reached an agreement in principle to settle the claims against Whitley Penn.

After consultation with the mediator, Lead Plaintiffs and Whitley Penn respectfully request that

the Court enter two forms of relief that will ensure the orderly progress of this litigation:

- *First*, an order that Whitley Penn's pending motion to dismiss (Doc. 91) is

    withdrawn without prejudice to its refiling if the settlement between Lead

    Plaintiffs and Whitley Penn is not approved or is otherwise terminated.

- *Second*, a 90-day stay of the claims against Whitley Penn, to allow Lead Plaintiffs

    and Whitley Penn to memorialize their settlement and submit the executed

    agreement for Court approval.

Lead Plaintiffs believe a 90-day stay may, depending on the progress of any further

mediation efforts with other Defendants, allow for submission of the Whitley Penn settlement

concurrently with any other settlements that may be reached, thereby minimizing the work of the

Court while also avoiding duplicative notices to Class members and reducing the overall expense to the Class and the potential for confusion.

Accordingly, Lead Plaintiffs and Whitley Penn respectfully request that the Court enter the proposed order providing for the two forms of relief stated above.  The parties have conferred with the mediator, and are authorized to represent that the mediator agrees that this request is made in good faith, and will further the interests of fairness and efficiency.

*[Remainder of page intentionally left blank.]*

Dated: March 11, 2024

/s/ Daniel C. Girard
Daniel C. Girard (admitted *pro hac vice*)
Jordan Elias (admitted *pro hac vice*)
Adam E. Polk (admitted *pro hac vice*)
Sean Greene (admitted *pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (admitted *pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550

*Attorneys for Lead Plaintiffs Thomas
Horton and Frank Moore*

/s/ James J. Farrell
James J. Farrell
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166-0193
Phone: 212-351-5326
jfarrell@gibsondunn.com

John T. Cox, III
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave., Ste. 2100
Dallas, TX 75201
Phone: 214-698-3256
tcox@gibsondunn.com

*Attorneys for Whitley Penn LLP*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1(a), I hereby certify that this motion has been agreed to after conferences with counsel for Whitley Penn regarding the relief requested herein.

*/s/ Daniel C. Girard*
Daniel C. Girard

<u>**CERTIFICATE OF SERVICE**</u>

      This is to certify that on March 11, 2024, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

                                      */s/ Daniel C. Girard*

                                      Daniel C. Girard