**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE GWG HOLDINGS, INC.** | § | **Civil Action No. 3:22-cv-00410-B** |
| **SECURITIES LITIGATION** | § | |
| | § | |
| | § | **CLASS ACTION** |
| | § | |
| | § | |
| | § | |
| | § | |
| **This Document Relates To: All Actions** | § | |
| | § | |

**AGREED [PROPOSED] ORDER REGARDING CLAIMS OF LEAD PLAINTIFFS**
**AGAINST DEFENDANT WHITLEY PENN LLP**

Before the Court is the Agreed Motion Regarding Claims of Lead Plaintiffs Against Defendant Whitley Penn LLP.  It is hereby ordered that Whitley Penn's pending motion to dismiss (Doc. 91) is withdrawn without prejudice to its refiling if the settlement between Lead Plaintiffs and Whitley Penn is not approved or is otherwise terminated.  Lead Plaintiffs' claims against Whitley Penn are hereby stayed, to allow Lead Plaintiffs and Whitley Penn to memorialize their settlement and submit the executed agreement for Court approval.  Lead Plaintiffs shall submit the executed settlement agreement together with their motion for preliminary approval or otherwise report to the Court no later than the expiration of the 90-day stay.

**SO ORDERED.**

Dated:  March _____, 2024

_____
Jane J. Boyle
United States District Judge
Northern District of Texas

1

Dated: March 11, 2024

/s/ Daniel C. Girard
Daniel C. Girard (admitted *pro hac vice*)
Jordan Elias (admitted *pro hac vice*)
Adam E. Polk (admitted *pro hac vice*)
Sean Greene (admitted *pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (admitted *pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550

*Attorneys for Lead Plaintiffs Thomas Horton
and Frank Moore*

/s/ James J. Farrell
James J. Farrell
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166-0193
Phone: 212-351-5326
jfarrell@gibsondunn.com

John T. Cox, III
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave., Ste. 2100
Dallas, TX 75201
Phone: 214-698-3256
tcox@gibsondunn.com

*Attorneys for Whitley Penn LLP*

2