# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE GWG HOLDINGS, INC.** | § | **Civil Action No. 3:22-cv-00410-B** |
| **SECURITIES LITIGATION** | § | |
| | § | |
| | § | **CLASS ACTION** |
| | § | |
| | § | |
| | § | |
| | § | |
| **This Document Relates To: All Actions** | § | |
| | § | |
| | § | |
| | § | |

**AGREED MOTION REGARDING CLAIMS OF LEAD PLAINTIFF AGAINST
DEFENDANTS BRAD K. HEPPNER, PETER T. CANGANY, JR., THOMAS O. HICKS,
DENNIS P. LOCKHART, BRUCE W. SCHNITZER, MURRAY T. HOLLAND,
TIMOTHY L. EVANS, DAVID H. DE WEESE, ROY W. BAILEY, DAVID F.
CHAVENSON, AND THE BENEFICIENT COMPANY GROUP, L.P.**

Lead Plaintiff and Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks,

Dennis P. Lockhart, Bruce W. Schnitzer, Murray T. Holland, Timothy L. Evans, David H. de

Weese, Roy W. Bailey, David F. Chavenson, and The Beneficient Company Group, L.P., have

reached an agreement in principle to settle the claims asserted against the balance of the

Defendants in this action, subject to documentation and Court approval.  After consultation with

the mediators, the Parties respectfully request that the Court:

- Order that Defendants' deadline to answer or otherwise respond to the First Amended

  Consolidated Class Action Complaint (*see* Doc. 135) be vacated.

- Order a 90-day stay of the claims against Defendants, to allow Lead Plaintiff and

  Defendants to memorialize their settlement and submit the executed agreement for

  Court approval.

1

The requested relief will permit the Parties to document the proposed settlement and additionally permit Lead Plaintiff to propose a plan for giving notice to Class members of the settlement with all Defendants, including the settlement with Defendant Whitley Penn LLP, preliminarily approved by the Court on December 12, 2024 (Doc. 139), and schedule a single date for a hearing on final approval of the settlement with all Defendants, thereby economizing the Court's time and attention, reducing expense, and minimizing the potential for confusion and duplication of effort.

Accordingly, Lead Plaintiff and Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks, Dennis P. Lockhart, Bruce W. Schnitzer, Murray T. Holland, Timothy L. Evans, David H. de Weese, Roy W. Bailey, David F. Chavenson, and The Beneficient Company Group, L.P., respectfully request that the Court enter the proposed order providing the relief stated above. The Parties have conferred with the mediators and are authorized to represent that the mediators agree that this request is made in good faith and will further the interests of fairness and efficiency.

[*Remainder of page intentionally left blank.*]

Dated: December 26, 2024

/s/ Daniel C. Girard
Daniel C. Girard (admitted *pro hac vice*)
Jordan Elias (admitted *pro hac vice*)
Adam E. Polk (admitted *pro hac vice*)
Sean Greene (admitted *pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (admitted *pro hac vice*)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550

*Attorneys for Lead Plaintiff Frank Moore*

/s/ R. Thaddeus Behrens
R. Thaddeus Behrens
Texas Bar No. 24029440
thad.behrens@aoshearman.com
Daniel H. Gold
Texas Bar No. 24053230
dan.gold@aoshearman.com
Matthew A. McGee
Texas Bar No. 24062527
matt.mcgee@aoshearman.com
William D. Marsh, Jr.
Texas Bar No. 24092762
billy.marsh@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel.: (214) 271-5777

*Attorneys for Defendants Brad K. Heppner;
Peter T. Cangany, Jr.; Thomas O. Hicks;
Dennis P. Lockhart; Bruce W. Schnitzer; and
The Beneficient Company Group, L.P.*

/s/ John CC Sanders, Jr.
Steven H. Stodghill
John CC Sanders, Jr.
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Tel.: (214) 453-6500
sstodghill@winston.com
jsanders@winston.com

*Attorneys for Defendant Roy W. Bailey*

/s/ Timothy S. Durst
Timothy S. Durst
Kristin Alvarado
**O'MELVENY & MYERS LLP**

3

2501 North Harwood Street Suite 1700
Dallas, TX 75201-1663
Tel.: (972) 360-1900
tdurst@omm.com
kalvarado@omm.com

Amy S. Park
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel.: (650) 473-2680
apark@omm.com

*Attorneys for Defendants David Chavenson
and David H. de Weese*

*/s/ Nowell D. Bamberger*
Nowell D. Bamberger (admitted *pro hac
vice*)
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 974-1752
nbamberger@cgsh.com

Roger Cowie
**LOCKE LORD LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Tel.: (214) 740-8614
rcowie@lockelord.com

*Attorneys for Defendant Timothy L. Evans*

/s/ *Karen Cook*
S. Michael McColloch
**S. MICHAEL MCCOLLOCH PLLC**
6060 N. Central Expressway, Suite 500
Dallas, TX 75206
Tel.: (214) 643-6055
smm@mccolloch-law.com

4

Karen Cook
**KAREN COOK PLLC**
700 Park Seventeen Tower
1717 McKinney Avenue
Dallas, TX 75202
Tel.: (214) 593-6429
karen@karencooklaw.com

*Attorneys for Defendant Murray Holland*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), I hereby certify that this motion has been agreed to after conferences with counsel for Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks, Dennis P. Lockhart, Bruce W. Schnitzer, Murray T. Holland, Timothy L. Evans, David H. de Weese, Roy W. Bailey, David F. Chavenson, and The Beneficient Company Group, L.P. regarding the relief requested herein.

*/s/ Daniel C. Girard*
Daniel C. Girard

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on December 26, 2024, I have filed the above and foregoing on the

Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record

will be served electronically with true and exact copies of this filing.


*/s/ Daniel C. Girard*
Daniel C. Girard