**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE GWG HOLDINGS, INC. SECURITIES LITIGATION** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:22-cv-00410-B**<br><br>**CLASS ACTION** |
| _____ | §<br>§ | |
| **This Document Relates To: All Actions** | §<br>§<br>§ | |

**[PROPOSED] ORDER GRANTING AGREED MOTION REGARDING CLAIMS OF LEAD PLAINTIFF AGAINST DEFENDANTS BRAD K. HEPPNER, PETER T. CANGANY, JR., THOMAS O. HICKS, DENNIS P. LOCKHART, BRUCE W. SCHNITZER, MURRAY T. HOLLAND, TIMOTHY L. EVANS, DAVID H. DE WEESE, ROY W. BAILEY, DAVID F. CHAVENSON, AND THE BENEFICIENT COMPANY GROUP, L.P.**

Before the Court is the Agreed Motion Regarding Claims of Lead Plaintiff Against Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks, Dennis P. Lockhart, Bruce W. Schnitzer, Murray T. Holland, Timothy L. Evans, David H. de Weese, Roy W. Bailey, David F. Chavenson, and The Beneficient Company Group, L.P. It is hereby ordered that Defendants' deadline to answer or otherwise respond to the First Amended Consolidated Class Action Complaint (*see* Doc. 135) is vacated. Lead Plaintiff's claims against Defendants Brad K. Heppner, Peter T. Cangany, Jr., Thomas O. Hicks, Dennis P. Lockhart, Bruce W. Schnitzer, Murray T. Holland, Timothy L. Evans, David H. de Weese, Roy W. Bailey, David F. Chavenson, and The Beneficient Company Group, L.P. are hereby stayed, to allow the Parties to memorialize their settlement and submit the executed agreement for Court approval. Lead

1

2

Plaintiff shall submit the executed settlement agreement together with the motion for preliminary approval or otherwise report to the Court no later than the expiration of the 90-day stay.

**SO ORDERED.**

Dated:  December _____, 2024

_____
Jane J. Boyle
United States District Judge
Northern District of Texas

2