UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| IN RE GWG HOLDINGS, INC. | § | CIVIL ACTION NO. 3:22-CV-0410-B |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Settlement Notice (Doc. 144). Having reviewed the Motion, the Court determines that a hearing is necessary for the efficient and expeditious resolution of this matter. Accordingly, the Court sets a hearing on the pending Motion for Preliminary Approval of Settlement for:

**September 24, 2025, at 10:00 am.**
Before The Honorable Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead counsel for each party is required to attend the hearing.

SO ORDERED.

SIGNED: **July 24, 2025**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-