**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| IN RE GWG HOLDINGS, INC. | § | Case No. 3:22-cv-00410-B |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL
FROM SEPTEMBER 24, 2025 HEARING**

Defendants David Chavenson and David de Weese requests the Court to excuse lead counsel from the September 24, 2025 hearing, and to allow another partner of the same firm to appear instead.

The Court has scheduled a hearing on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Settlement Notice (Doc. 151) for September 24, 2025. Pursuant to this Court's Order, "Lead counsel for each party is required to attend the hearing." (Doc. 151). Lead counsel for Defendants Messrs. Chavenson and de Weese, Mr. Timothy S. Durst, is unavailable to attend the September 24 hearing because of a previously scheduled pre-paid vacation out of the country. Accordingly, Defendants Messrs. Chavenson and de Weese respectfully request that the Court excuse Mr. Durst's presence from the hearing and permit his partner, Ms. Amy S. Park, to appear at the hearing in place of Mr. Durst.

Ms. Park has been involved in this matter with Mr. Durst for these clients since the beginning of the case. The Court previously admitted her *pro hac vice.* She is familiar with the issues in the case and also with the proposed settlement. She will appear with full authority to speak for Messrs. Chavenson and de Weese.

Counsel for Plaintiffs have confirmed that Plaintiffs do not oppose this request.

1

Accordingly, Defendants Messrs. Chavenson and de Weese respectfully request that the Court grant this Unopposed Motion and enter an order excusing Mr. Durst from attending the September 24, 2025 hearing.

Dated:  August 4, 2025                                    Respectfully submitted,


**O'MELVENY & MYERS, LLP**

By: */s/ Timothy S. Durst*
Timothy S. Durst (TX Bar No. 00786924)
Sid Mody (TX Bar No. 24072791)
Kristin Alvarado (TX Bar No. 24116024)
2801 North Harwood Street, STE 1600
Dallas, TX 75201
Telephone: 972-360-1923
Email: tdurst@omm.com
Email: kalvarado@omm.com

Amy S. Park (*admitted pro hac vice*)
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650-473-2600
Email: apark@omm.com

**Attorneys for Individual Defendants David F. Chavenson and David H. de Weese**

2

**CERTIFICATE OF CONFERENCE**

On July 24, 2025, I conferred with Plaintiffs' counsel, Daniel Girard, via telephone regarding Defendants' Unopposed Motion to Excuse Lead Counsel from September 24, 2025 Hearing. Mr. Girard confirmed that Plaintiffs do not oppose this motion.

*/s/ Timothy S. Durst*
Timothy S. Durst

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, a true and correct copy of the foregoing document was filed with the Clerk for the United State District Court for the Northern District of Texas, and was served on all counsel of record via the Court's CM/ECF system.

*/s/ Timothy S. Durst*
Timothy S. Durst

`

3