**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| IN RE GWG HOLDINGS, INC. SECURITIES LITIGATION | § § § § § § § § | Case No. 3:22-cv-00410-B |

## [PROPOSED] ORDER

Before the Court is the Unopposed Motion of counsel for Defendants David Chavenson and David de Weese to allow Amy S. Park to appear in place of lead counsel Timothy S. Durst at the September 24, 2025 hearing in this case. Having considered the unopposed motion, it is hereby **GRANTED** and Mr. Durst is excused from attending the hearing, with Ms. Park to appear instead.

**It is so ORDERED**.

_____
HONORABLE JUDGE JANE J. BOYLE