# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE GWG HOLDINGS, INC.** | § | **Civil Action No. 3:22-cv-00410-B** |
| **SECURITIES LITIGATION** | § | |
| | § | |
| | § | **CLASS ACTION** |
| | § | |
| | § | |
| _____ | § | |
| | § | |
| **This Document Relates To: All Actions** | § | |
| | § | |

## ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

THIS MATTER having come before the Court on January 13, 2026, on the motion for award of attorneys' fees and expenses in this Class Action, the Court, having considered all papers filed and proceedings conducted herein, having found the fee and expense awards requested are fair, reasonable, and appropriate in all respects, and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Order incorporates by reference the definitions in Lead Plaintiff's Motion for Award of Attorneys' Fees and Expenses ("Fee Motion") and the Settlement Agreement, dated March 6, 2025 ("D&O Settlement Agreement"), and all terms used herein shall have the same meanings as set forth in the Fee Motion and D&O Settlement Agreement, unless otherwise set forth herein.

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Lead Plaintiff's Counsel attorneys' fees of $8,241,600, equal to 16.3% of the $50.5 million D&O Settlement fund, and expenses in the amount of $441,407.45, together with the interest earned thereon for the same time period and at the same rate as that earned on the D&O Settlement fund until paid.

4.      The awarded attorneys' fees of $8,241,600 and expenses of $441,407.45 shall be paid to Lead Plaintiff's Counsel subject to the terms, conditions, and obligations of the D&O Settlement Agreement, which terms, conditions, and obligations are incorporated herein.

5.      The Court also hereby awards Lead Plaintiff's Counsel attorneys' fees of $135,000, equal to 30% of the $450,000 Whitley Penn Settlement fund, with the interest earned

1

thereon for the same time period and at the same rate as that earned on the Whitley Penn Settlement fund until paid.

6. The awarded attorneys' fees of $135,000 shall be paid to Lead Plaintiff's Counsel subject to the terms, conditions, and obligations of the Whitley Penn Settlement Agreement, which terms, conditions, and obligations are incorporated herein.

7. Any appeal or any challenge affecting this Court's approval regarding any attorneys' fees and expense application shall in no way disturb or affect the finality of any Judgment entered by the Court.

8. Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Class Action, including the administration, interpretation, effectuation or enforcement of the D&O Settlement Agreement, Whitley Penn Settlement Agreement, and this Order.

9. In the event that the Settlements are terminated or the respective effective dates of the Settlements otherwise fail to occur, this Order shall be rendered null and void to the extent provided by the D&O Settlement Agreement and Whitley Penn Settlement Agreement.

IT IS SO ORDERED.

DATED: January 13, 2026

_____
THE HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE